UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PANORAMIC STOCK IMAGES, LTD.,**

      **Plaintiff,**

v.                                         Case No:  6:19-cv-1032-Orl-31GJK

**ALLIANCE COMMUNICATIONS CENTER, LLC,**

      **Defendant.**

---

**ORDER**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE AFFIRMATIVE DEFENSES (Doc. No. 16)** |
| **FILED:** | **August 7, 2019** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

On August 7, 2019, Plaintiff filed a Motion to Strike Affirmative Defenses (the "Motion"). Doc. No. 16. In it, Plaintiff represents that its counsel "attempted to confer with opposing counsel as to the relief sought in this motion; however, counsel for defendant was unavailable and as of the filing of this motion, has not responded." *Id.* at 7.

Plaintiff failed to comply with Local Rule 3.01(g). Rule 3.01(g) requires moving parties to certify that they conferred with opposing counsel and indicate whether opposing counsel opposes

- 2 -

the relief sought within the motion. An attempt to confer does not satisfy its requirements.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 16) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on August 8, 2019.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties